IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>SONIA AMEZCUA,<br>RAMON OCHOA,<br>GILBERT GARCIA,<br><br>        Defendants.<br>_____ / | CASE NO. CR F 08-00067 LJO<br><br>**ORDER TO CONSOLIDATE CASES** |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANGEL IVAN SANCHEZ,<br><br>        Defendant.<br>_____ / | CR F 08-00089 LJO |

On January 13, 2009, Plaintiff United States of America ('the Government") filed a Motion to Consolidate Cases of *United States of America vs Sonia Amezcua, Ramon Ochoa and Gilbert Garcia,* CR F 08 00067 LJO with *United States of America vs Angel Ivan Sanchez*, CR F 08 00089 LJO.

On February 6, 2009, the Motion for Consolidation was held. Karen Escobar appeared on behalf

1

of the United States of America. Francine Zepeda appeared on behalf of defendant Sonia Amezcua. Stephen Mensel appeared on behalf of defendant Ramon Ochoa. W. Scott Quinlan appeared on behalf of Angel Ivan Sanchez.

The Court granted the Motion to Consolidate forthwith.

Therefore, and on the basis of good cause, this Court:

1. CONSOLIDATES Case No. CR F 08-00067 LJO and CR F 08-00089 LJO **for all purposes**. All further documents shall bear the CASE NO. CR F 08-00067 LJO and the parties shall file all further documents on the docket in Case No. CR F 08-00067 LJO.

IT IS SO ORDERED.

**Dated: May 19, 2009**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE