```
LAWRENCE G. BROWN
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ANGEL SANCHEZ,<br><br>            Defendant. | 1:08-CR-067 LJO<br><br>ORDER |

Having considered the government's motion to continue the evidentiary in this matter, and finding good cause having been established, and no prejudice,

IT IS HEREBY ORDERED THAT the evidentiary hearing currently set for September 11 at 2:00 p.m. is hereby vacated and the matter is reset for **September 25 at 1:30 p.m.**.   It is further ordered that the FBI will make the drug evidence available to defense counsel on September 25 at 10:30 a.m. at the U.S. Attorney's Office for inspection.

IT IS SO ORDERED.

**Dated:   September 3, 2009**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1